UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 3:08-CR-30 |
| V. ) | (VARLAN/GUYTON) |
| ) | |
| ) | |
| ALFRED ALCARAZ-BARBA ) | |

## ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(c) for disposition or report and recommendation regarding disposition by the district court as appropriate.

Upon motion of the government to unseal this case, and for good cause shown, the Indictment is **ORDERED** unsealed and the Clerk of the Court is directed to unseal the case.

IT IS **ORDERED:**

ENTER:

  s/H. Bruce Guyton  
United States Magistrate Judge